IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TRAMANE D. WRIGHT, | § | |
| | § | |
| Defendant Below, | § | No. 175, 2022 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID Nos. K2010000461 |
| | § | K2007014332 |
| Appellee. | § | |

Submitted: August 12, 2022
Decided: August 30, 2022

## ORDER

The appellant filed a notice of appeal from a violation of probation sentence imposed by the Superior Court on May 4, 2022. The Court issued a briefing schedule on May 25, 2022; the appellant's opening brief was due July 12, 2022. On July 18, 2022, Court staff sent a brief delinquency letter to the appellant. On July 28, 2022, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief. On August 3, 2022, the Court received the certified mail receipt indicating that the notice to show cause had been delivered on August 1, 2022. A timely response to the notice to show cause was due on or before August 11, 2022. The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice